UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHNNY CAMARGO, | ) | 3:06-CV-0692-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | April 10, 2007 |
| | ) | |
| PAMELA DEL PORTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  FRANK JUSTILIANO          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Defendants have filed a Motion for Enlargement of Time (Second Request) (Doc. #17).

    Defendants' Motion for Enlargement of Time (Second Request) (Doc. #17) is GRANTED. Defendants shall have to and including April 25, 2007, in which to file a responsive pleading to Plaintiff's First Amended Complaint.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk