UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY CAMARGO,

    Plaintiff,

vs.

PAMELA DEL PORTO, et al.,

    Defendants.
_____/

3:06-cv-00692-HDM-RAM

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court has considered the report and recommendation of the United States Magistrate Judge (#39) filed on June 28, 2007, in which the Magistrate Judge recommends that this court enter an order dismissing all claims against defendant Jackie Crawford for failure to serve within the time set forth in Fed.R.Civ.P. 4(m). No objections to the report and recommendation have been filed and the time for filing any objections has expired.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the

United States Magistrate Judge (#39). Therefore, all claims against defendant JACKIE CRAWFORD are DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

Dated this 25th day of July, 2007.

                                          /s/ Howard D. McKibben
                                        UNITED STATES DISTRICT JUDGE

2