UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHNNY CAMARGO, | ) | 3:06-CV-0692-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | August 8, 2007 |
| | ) | |
| PAMELA DEL PORTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Defendants have filed a Motion to Strike Plaintiff's Exhibits to Opposition to Motion to Dismiss (Doc. #42). The court has reviewed the Plaintiff's Opposition to Defendants' Motion to Dismiss (Doc. #41) and the Exhibits attached thereto.

     Defendants' Motion to Strike (Doc. #42) is GRANTED as to Exhibits 8, 9, 10, 11, 12, 13, and 15.  Exhibits 1 through 7 are prison documents of which the court could take judicial notice. Exhibit 14 is the affidavit of the Plaintiff and Exhibits 14-25 are grievances or kites of the Plaintiff.

     Contrary to Defendants' argument, the Exhibits which have not been stricken could be relevant to Plaintiff's continuing violation argument presented in his Opposition to Defendants' Motion to Dismiss (Doc. #41).

/ / /

MINUTES OF THE COURT
3:06-CV-0692-HDM (RAM)
August 8, 2007
Page Two
_____


      Defendants shall have twenty (20) days from the date of this order in which to file their Reply in Support of their Motion to Dismiss.

      IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                          By: _____/s/_____
                                                    Deputy Clerk