**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHNNY CAMARGO, | ) | 3:06-cv-00692-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE |
| vs. | ) | JUDGE'S REPORT AND |
| | ) | RECOMMENDATION |
| PAMELA DEL PORTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#52) filed on December 21, 2007, in which the Magistrate Judge recommends that this court enter an order granting defendant's motion to dismiss (#19). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and, good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#52). Therefore, defendant's motion to dismiss (#19) is granted.

**IT IS SO ORDERED.**

DATED: This 26th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

1